**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL** |
| | : | |
| **v.** | : | **NO. 5:24-CR-376** |
| | : | |
| **ALAN REDMOND, BENE MARKET, LLC,** | : | |
| **SEGURO MEDICO, LLC, ARTHUR WALSH,** | : | |
| **JESUS BARRERA** | : | |

### PETITION OF WILLIAM R.A. RUSH, ESQ. TO WITHDAW AS COUNSEL FOR DEFENDANT, ALAN REDMOND

AND NOW COMES the Petitioner, William R. A. Rush, Esq. and Rush Law Group, LLC, filing the following motion to withdraw as counsel for the Defendants, Alan Redmond, Seguro Medico, LLC and Bene Market, LLC. In support of the same, Petitioner states as follows:

1.      On October 29, 2024, Petitioner entered his first appearance in this action following the unsealing of the indictment before this Honorable Court.

2.      The undersigned has handled this matter as attorney for Defendant Redmond since its inception and has been the attorney for Seguro Medico, LLC and Bene Market, LLC since their first appearance following the superseding indictment handed down in May of 2025.

3.      The undersigned has, through consent of the Government, had trial in this matter continued to September 14, 2026. Nearly all discovery relevant to this case has been received from the Government and is in the possession of Defendant. Defendant has thoroughly analyzed this

discovery and has a clear plan and strategy for his defense. The undersigned has made arrangements to obtain the final small batch of discovery to pass on to Defendant. The undersigned has, as of this Petition, forwarded an external hard drive to the Government in order to effectuate the delivery of the final portion of discovery in this matter.

4.      Due to the voluminous discovery and complex nature of this case, the Court previously designated this case as complex under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii). *See* ECF 84 (Order dated June 3, 2025).

5.      The Defendants represented by Petitioner in this case are inseparable in terms of their defense.

6.      Defendants have sufficient time to prepare with new counsel for trial. Defendant either has resources to obtain new counsel, or has an immediate right to appointed counsel if Defendant lacks the resources to obtain new counsel.

7.      The relief requested is in the best interests of the Defendant, the underlying action, the Petitioner, and serves the interests of justice as well as the rights of the Defendant.

8.      There is an irreparable conflict between Defendant and the undersigned. (See Exhibit "A" attached hereto). Defendant filed the attached motion on March 10, 2026. Petitioner spoke briefly to Defendant regarding this matter on March 18, 2026. This Petition follows.

9. Regardless of the validity of Defendant's claims made in his publicly-filed Motion before the United States Bankruptcy Court in the Eastern District of Pennsylvania, it is very clear that Defendant feels, as does your Petitioner, that there is a clear conflict of interest in Petitioner's continued representation of Defendant in this matter.

10. The undersigned counsel has consulted with Defendant regarding his conflicts and expressed his intention to petition This Honorable Court to Withdraw.

11. Petitioner avers that the ends of justice served by Petitioner's withdrawal in this matter outweigh any and all considerations favoring Petitioner's continued representation. Further, the dangers of continued representation to the integrity of this case outweigh any benefits of such continued representation. Defendant has already expressed that no prior actions of this Court have deprived him of his speedy trial rights under the Sixth Amendment and has on several occasions stated the same before This Honorable Court.

12. There is no prejudice to Defendant in granting this Petition.

13. Petitioner feels that Defendant will be prejudiced if this Petition is denied.

14. A true and correct copy of this Petition has been served upon Defendant via U.S. Mail and upon all other parties hereto via electronic notice.

**WHEREFORE**, Petitioner hereby files the instant Petition to Withdraw as counsel for

Alan Redmond and respectfully requests that this Honorable Court grant the instant Motion.

Respectfully Submitted:

**/s/ William Rush**

March 23, 2026

William Rush, Esq.

RUSH LAW GROUP, LLC

38 North Sixth Street, PO Box 758

Reading, PA 19603-0758

P. 610-413-5337 / F. 610-927-6219