**THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **CRIMINAL NO. 24-376** |
| ALAN REDMOND | : | |
| BENE MARKET LLC | | |
| SEGURO MEDICO LLC | : | |
| ARTHUR WALSH | | |
| JESUS BARRERA | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that the William R.A. Rush's Petition to Withdraw as Counsel for Defendants Alan Redmond, Bene Market, LLC and Seguro Medico, LLC and Proposed Order was filed electronically, is available for viewing and downloading from the Electronic Case Filing system, and was served by email upon:

**Mary Crawley, Esq.**
**Samuel S. Dalke, Esq.**
**Angela Levy, Esq.**
**Hope C. LeFeber, Esq.**
**John Griffin, Esq.**

I further certify that the Petitioner served Alan Redmond, Bene Market, LLC and Seguro Medico, LLC by United States Mail, First Class, Priority, Postage Pre-Paid to the following:

**Alan Redmond**
**Bene Market, LLC**
**Seguro Medico, LLC**
**2 High Road**
**Wyomissing, PA 19610**

Respectfully Submitted:

**/s/ William Rush**
William Rush, Esq.
RUSH LAW GROUP, LLC
38 North Sixth Street, PO Box 758
Reading, PA 19603-0758
P. 610-413-5337 / F. 610-927-6219

March 23, 2026