## THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**           :

      **v.**                                        :           **CRIMINAL NO. 24-376**

**ALAN REDMOND**                         :
**BENE MARKET LLC**
**SEGURO MEDICO LLC**                    :
**ARTHUR WALSH**
**JESUS BARRERA**                        :

## <u>O R D E R</u>

      AND NOW, this          day of                          , 2026, upon

consideration of William R.A. Rush, Esquire's Petition to withdraw as counsel for Defendants

Alan Redmond, Seguro Medico, LLC and Bene Market, LLC, it is hereby ORDERED that

Attorney Rush's Petition is GRANTED. Mr. Rush's appearance for Defendants Alan

Redmond, Seguro Medico, LLC and Bene Market, LLC is hereby WITHDRAWN.


                         BY THE COURT:


                         _____

                         HONORABLE JEFFREY L. SCHMEHL
                         *Judge, United States District Court*