### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

              **v.**

ALBERT GROFF

:         **CRIMINAL ACTION**

:

:         **No. 24-376-06**

:

:

## ORDER

AND NOW, this 14th day of April, 2026, upon consideration of the joint request for a continuance of Defendant's sentencing hearing by letter dated April 9, 2026, **IT IS HEREBY ORDERED** that the request is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's sentencing hearing, scheduled for April 23, 2026, is **RESCHEDULED** to **Friday, November 6, 2026, at 10:00 AM** in the Courtroom of the undersigned, 201 Penn Street, Fifth Floor, Reading, Pennsylvania.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**