IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ALBERT GROFF

:          CRIMINAL ACTION
:
:          No. 24-376-06

## CANCELLATION NOTICE

Take notice that the defendant **WAS** scheduled for a **SENTENCING HEARING on THURSDAY APRIL 23RD , 2026 AT 2:00 P.M.** before the Honorable Jeffrey L. Schmehl, at 201 Penn Street, Gateway Bldg. 5th floor Courtroom, Reading P.A. **IS NOW CANCELLED**

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☐ **Interpreter:** A   **interpreter** will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:          Kenneth Edward Duvak
             Courtroom Deputy to Judge Jeffrey L. Schmehl
             Phone: 610. 320.5030

Date:   04/14/2026

cc:          Defendant (Through Defense Counsel)
cc via email:   Defense Counsel John J Griffin
             U.S. Attorney's: Mary Crawley, Samuel Dalke
             Court Security
             Probation Office
             Pretrial Services
             Interpreter Coordinator