IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 24-376-06 |

ALBERT GROFF

## **NOTICE OF SENTENCING HEARING**

Take notice that the defendant is scheduled for a **SENTENCING HEARING on FRIDAY, NOVEMBER 6TH, 2026 AT 10:00 A.M.** before the Honorable Jeffrey L. Schmehl, in 201 Penn Street, Gateway Bldg. 5th floor Courtroom, Reading P.A.


☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☐ **Interpreter:** A   **interpreter** will be required for the defendant.

☒ **Hearing rescheduled from: 4/23/2026**

For additional information, please contact the undersigned.
By:        Kenneth Edward Duvak
           Courtroom Deputy to Judge Jeffrey L. Schmehl
           Phone: 610. 320.5030
Date:   04/14/2026

cc:            Defendant (Through Defense Counsel)
cc via email:   Defense Counsel John J Griffin
               U.S. Attorney's: Mary Crawley, Samuel Dalke
               Court Security
               Probation Office
               Pretrial Services
               Interpreter Coordinator