IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: No. 24-376-06

ALBERT GROFF

# NOTICE

Take notice that the defendant **IS** scheduled for a **SENTENCING HEARING on FRIDAY MARCH 26TH, 2027 AT 10:00 A.M. before the Honorable Jeffrey L. Schmehl,** at 201 Penn Street, Gateway Bldg. 5th floor Courtroom, Reading P.A.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☐ **Interpreter:** A **interpreter** will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.
By: Kenneth Edward Duvak
Courtroom Deputy to Judge Jeffrey L. Schmehl
Phone: 610. 320.5030
Date: 11/03/2026

cc: Defendant (Through Defense Counsel)
cc via email: Defense Counsel John J Griffin
U.S. Attorney's: Mary Crawley, Samuel Dalke
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator